ACCEPTED
04-15-00074-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/9/2015 3:06:43 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00074-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/9/2015 3:06:43 PM
KEITH E. HOTTLE
Clerk

# IN THE COURT OF APPEALS FOR THE FOURTH COURT OF APPEALS DISTRICT OF TEXAS, SAN ANTONIO, TEXAS

## STACEY SCOTT,
**Appellant**

## VS.

## LARRY FURROW AND KELLER WILLIAMS LEGACY GROUP,
**Appellees**

## ON APPEAL FROM THE 25TH JUDICIAL
## DISTRICT COURT OF GUADALUPE COUNTY, TEXAS
## CAUSE NO. 13-1125-CV-A

## NOTICE OF LEAD APPELLATE COUNSEL FOR APPELLEES

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, SAN ANTONIO, TEXAS:

NOW COME LARRY FURROW and KELLER WILLIAMS LEGACY GROUP, Appellees in this cause, and notify this Honorable Court and all parties hereto that Vaughan E. Waters of the firm of Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C., 100 N.E. Loop 410, Suite 500, San Antonio, Texas 78216 is hereby designated as lead appellate counsel for Appellees in this matter; and all correspondence and pleadings should be directed to the undersigned.

1

Respectfully submitted,

THORNTON, BIECHLIN, SEGRATO,
   REYNOLDS & GUERRA, L.C.
100 N.E. Loop 410, Suite 500
San Antonio, Texas 78216-4741
Telephone: (210) 342-5555
Facsimile: (210) 525-0666
vwaters@thorntonfirm.com

By: s/Vaughan E. Waters
      Scott F. Cline
      State Bar No. 04394500
      scline@thorntonfirm.com
      Vaughan E. Waters
      State Bar No. 20916700
      vwaters@thorntonfirm.com
      Attorneys for Appellees

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been forwarded to the undersigned party on the 9th day of April, 2015:

*Via facsimile to 512/271-6806*

Ms. Tracia Y. Lee
Tracia Y. Lee, PLLC
P.O. Box 171022
Austin, TX 78717

*Attorney for Appellant*

s/Vaughan E. Waters
Vaughan E. Waters

2